# Supreme Court of Kentucky

## ORDER

**IN RE:** **Guidelines for the Senior Status Program
For Special Judges**

The 2000 General Assembly created a **Senior Status Program for Special Judges** (Senior Status Program) as a pilot project to determine the effectiveness of using senior retired judges in Kentucky courts. KRS 21.580. These Guidelines and their predecessors are designed to provide an efficient and effective method for the temporary assignment of Senior Judges to serve in the Court of Appeals, Family Courts, Circuit Courts, and District Courts throughout the Commonwealth. The Guidelines should be construed to accomplish that purpose and are intended to be used in combination with the Regional Administration Program Charter as entered September 24, 2004, and revisions thereto as the Chief Justice of the Commonwealth of Kentucky may deem appropriate. These Guidelines do not limit the discretion of the Chief Justice, nor do they necessarily encompass all factors upon which the Chief Justice may base assignment-related decisions. KY. CONST. §110(5)(b). Furthermore, these Guidelines shall replace the Guidelines entered on June 29, 2000 and shall govern the operation and administration of the Senior Status Program.

I. *Definitions*

These definitions govern the terms used in the Guidelines:

A.) **Member** refers to a member of the Judicial Retirement Plan (JRP).

B.) For purposes of the pilot program, the term **Senior Judge** applies only to individuals satisfying these criteria:

    1.) The member must have been in office on either July 14, 2000, or June 24, 2003;

    2.) The member's judicial service credit and age must equal or exceed the number 75;

    3.) The member must elect, within ninety (90) days following retirement, to participate in the Senior Status Program for Special Judges;

    4.) The member must retire on or before January 31, 2009;

    5.) The member must execute a written service agreement with the Chief Justice setting out the terms of service;

6.) The member must agree to commit to serve six hundred (600) in accord with these Guidelines and KRS 21.580 in order to receive enhanced retirement benefits; and
7.) The member must be and remain a member in good standing of the Kentucky Bar Association.
8.) Practice of law by Senior Judge:
   a.) By electing Senior Judge status, a member subjects himself or herself to jurisdiction of the Judicial Conduct Commission.
   b.) By electing Senior Judge status, a member subjects himself or herself to continued operation of SCR 4.300 Code of Judicial Conduct.
   c.) A Senior Judge shall not associate with a Kentucky law firm.
   d.) A Senior Judge shall not appear in any Kentucky court in an adversarial role and shall not actively participate in litigation in the courts of Kentucky.
   e.) The Chief Justice and the Senior Judge shall endeavor to avoid judicial assignments where the member regularly practices. Every effort should be made to avoid any appearance of impropriety or conflict between the Senior Judge's judicial responsibilities and his/her limited law practice.
   f.) Mediation, arbitration and other forms of Alternative Dispute Resolution (ADR) do not constitute the practice of law under the terms of these Guidelines and therefore are not prohibited.
9.) Judicial Conduct Commission:
   a.) Any member who has been removed, or who is under suspension from service on any Kentucky court, or who at the time of their retirement and prior to the filing of a formal charge has agreed to be disciplined without the filing of a formal charge or proceeding by the Judicial Conduct Commission pursuant to Section 121 of the Kentucky Constitution and SCR 4.300, Code of Judicial Conduct, shall be ineligible to elect Senior Judge status.
   b.) Any member who is under active investigation by the Judicial Conduct Commission at the time of the member's retirement or filing of the Notice of Intention to Elect Senior Status, or who has been suspended from service on any Kentucky court, or who has resigned or retired from service while a formal charge, proceeding or investigation was pending, shall not be automatically eligible to elect Senior Judge status. Upon notification by the Judicial Conduct Commission to the Chief Justice that such circumstances exist, the Chief Justice shall cause a review of the investigation and make a determination as to the propriety of

2

allowing the member to participate in the Senior Status Program.

C.) **Enhanced Retirement Benefits** means that a Senior Judge is entitled to receive a normal service retirement allowance, payable monthly during his or her lifetime, in an amount equal to five percent (5%) of his/her final compensation multiplied by the number of years of judicial service, plus his/her service credit rate pursuant to KRS 21.400(1) multiplied by the number of years of non-judicial service credited in the Plan. In no event shall the normal service retirement allowance exceed 100% of final compensation.

D.) **Final Compensation** is as defined in KRS 21.400.

E.) **Sitting Justice or Sitting Judge** means any person holding judicial office by reason of appointment or election to the Supreme Court of Kentucky, Kentucky Court of Appeals, or a Family Court, Circuit Court, or District Court in the Commonwealth of Kentucky.

F.) **Retired Justice or Retired Judge** means any member who retires from judicial service on any Kentucky court. No person is a Retired Justice or Retired Judge who has been removed or suspended (without reinstatement) from service on any Kentucky court pursuant to SCR 4.300, Code of Judicial Conduct, or who has resigned or retired from service while a charge was pending under that Rule, or who has agreed to be disciplined without the filing of a formal charge or proceeding.

G.) **Chief Justice** means the Chief Justice of the Commonwealth of Kentucky or a designee authorized by the Chief Justice.

H.) **Special Judge** refers to a Senior Judge, Retired Justice or Retired Judge assigned to active judicial service or a Sitting Justice or Judge assigned to preside in another jurisdiction.

I.) **Chief Senior Status Judge** means the active participant in the Senior Status Program for Special Judges appointed, by Order of the Chief Justice pursuant to his authority under Section 110 of the Kentucky Constitution, to assist with the administration and oversight of the Senior Status Program.

J) **Year** shall mean 365 days from the member's retirement date or retirement anniversary date.

3

## II. *Compensation*

A.) To receive and continue receiving enhanced retirement benefits, the Senior Judge must remain in compliance with the six hundred (600) work days requirement as set forth in these Guidelines and KRS 21.580, except that the enhanced benefits (including survivor's benefits) shall continue in the event of death or disability (KRS 21.410) of the participant.

B.) A Senior Judge may be required to work additional days over and above the annual one hundred twenty (120) work day commitment to complete an assignment. In the Service Agreement executed with the Chief Justice, the Senior Judge shall specify whether he/she will be paid for additional days of service or will receive credit toward satisfaction of the six hundred (600) work day commitment. In no event shall a Senior Judge be permitted to receive credit over and above one hundred eighty (180) work days in any single year. If a Senior Judge elects to receive credit for days in excess of one hundred eighty (180) work days, beginning with the one hundred eighty first (181st) day of service, he/she shall be compensated pursuant to KRS 21A.110.

C.) A Senior Judge may agree to work in excess of one hundred twenty (120) work days in one or more of the five (5) years. For any work performed in excess of the one hundred twenty (120) work day commitment, depending upon the option selected by the Senior Judge, he/she shall be compensated in conformity with KRS 21A.110 or shall receive credit, not to exceed one hundred eighty (180) work days in any single year, toward service of the six hundred (600) day commitment. Beginning with the one hundred eighty first (181st) day of service, the Senior Judge shall be compensated pursuant to KRS 21A.110.

D.) Any Sitting Justice or Judge accepting a Special Judge Assignment shall not receive additional compensation.

E.) Any Retired Justice or Retired Judge serving as a Special Judge shall be compensated in conformity with KRS 21A.110.

## III. *Participation Notification Process*

Any retiring Justice or Judge electing to participate in the Senior Status Program for Special Judges shall complete a **Notice of Intention to Elect Senior Status** and submit it to the Senior Judge Program Administrator (SJP Administrator) at the Administrative Office of the Courts. This Notice shall be submitted at least sixty (60) days prior to, but no earlier than ninety (90) days prior to, the member's anticipated retirement date, unless said time limitations are waived by the Chief Justice. As part of the notification process, retiring members are required to submit a **signed authorization** allowing the Judicial Conduct Commission (JCC)

4

to inform the Chief Justice, or his designee, of any formal complaint, investigation, charge or proceeding filed and/or pursued by the JCC, or any discipline imposed upon the retiring Justice or Judge without the filing of a formal charge or proceeding.

Upon verification that the retiring Justice or Judge qualifies to participate in the program, the member shall complete a **Letter of Election** which will be forwarded to the member by the JRP. In accord with the provisions of KRS 21.580, the **Letter of Election** shall be returned to the JRP within 90 days of retirement.

IV. <u>**Requirements**</u>

A.) A member who elects to retire as a Senior Judge shall commit to serve, upon assignment by the Chief Justice, one hundred twenty (120) work days per year for a term of five (5) years without compensation other than the enhanced retirement benefits specified in I. (C).

B.) If the Senior Judge has not served a total of six hundred (600) work days within the five (5) year period, the Chief Justice shall require the Senior Judge to serve at no additional compensation until the six hundred (600) work day period is satisfied, except in the event of death or permanent disability of the Senior Judge.

C.) The Chief Justice and the Senior Judge may agree in writing that the Senior Judge may serve less than the one hundred twenty (120) work days in any one or more of the five (5) years; however, any of the work days not served in a given year shall be served at the end of the five (5) year period. The six hundred (600) work days must be completed within ten (10) years of the Senior Judge's retirement date.

D.) Should a Senior Judge fail, when ordered by the Chief Justice, to serve the requisite number of days not to exceed one hundred twenty (120) work days a year for the five (5) year period, unless otherwise agreed in writing, the Senior Judge shall no longer be eligible for enhanced retirement benefits and shall return to the benefits otherwise provided under KRS Chapter 21.

E.) Credit toward the one hundred twenty (120) work day requirement shall be earned in daily Monday through Friday increments. Service performed on Saturday, Sunday or state holidays shall not be prohibited, but must be pre-approved by the SJP Administrator. In response to an assignment by the Chief Justice, research, preparation of orders and findings of fact and opinions, training, travel, and other matters normally associated with the performance of judicial services shall be credited toward the one hundred

5

twenty (120) work day commitment. The Senior Judge shall certify to the SJP Administrator on a monthly basis the number of days served.

F.) A Senior Judge, with agreement of the Chief Justice and upon a showing of good cause, may defer serving the six hundred (600) work day commitment for up to sixty (60) months. A Senior Judge choosing to defer service must otherwise qualify for senior status; must file the Notice of Intention to Elect Senior Status; and must timely submit the Letter of Election to JRP within the statutory time frame. A Senior Judge choosing to defer service will not receive the enhanced retirement benefit until he/she begins service of the six hundred (600) work day commitment.

## V. *Assignments*

Section 110(5)(b) vests the Chief Justice with authority to make assignments of justices and judges, active and retired, to any court of the Court of Justice except the Supreme Court. The Chief Justice may waive compliance with these Guidelines to assist in the exercise of that discretion.

A.) Assignment of Senior Judges, Retired Justices and Retired Judges shall be made only by the Chief Justice or the Chief Senior Judge appointed by the Chief Justice.

B.) The priority for making Special Judge assignments shall be Sitting Judges first, followed by Senior Judges, and finally Retired Judges.

C.) When the need for a Special Judge arises in the Circuit and District Courts, the Sitting Judge shall complete Form AOC-SJ-5 or AOC-SJ-6 (whichever is appropriate) and submit it to his/her Chief Regional Judge pursuant to the Regional Administration Program Charter. If the Chief Regional Circuit Judge or District Judge has determined needs cannot be met by a Sitting Judge, a request for assistance may be made to the SJP Administrator. Assignments of Senior Judges to the Court of Appeals shall be within the discretion of the Chief Justice.

D.) In the event a Sitting Justice or Judge is unavailable, the Chief Regional Judge who received the request shall forward a copy of the certification of the need with a Request for Assignment of a Special Judge to the SJP Administrator. The SJP Administrator shall attempt to locate a Senior Judge to fill the assignment. When practical, due regard shall be given to the desirability of appointing a Senior Judge to serve within his/her home judicial region as defined by the Regional Administration Program Charter.

E.) If a Senior Judge is available, the Chief Justice or Chief Senior Judge shall enter an order assigning the Senior Judge to serve as Special Judge. A copy of the order shall be forwarded to the Clerk of the

Supreme Court, the Senior Judge, the SJP Administrator, the Chief Regional Judge submitting the request, the Sitting Judge certifying the need, and the Clerk of the affected court(s).

F.) If no Senior Judge is available, the SJP Administrator will forward the request to the Chief Justice or Chief Senior Status Judge for assignment of a Retired Justice or Retired Judge. A copy of the order assigning the Retired Justice or Retired Judge will be forwarded to the Clerk of the Supreme Court, the Retired Judge, the SJP Administrator, the Chief Regional Judge requesting the assignment, the Sitting Judge certifying the need, and the Clerk of the affected court(s).

G.) Requests may be made for the following reasons:

1.) Vacancies resulting from death, retirement or resignation;
2.) Illness or injury requiring a judge to be unavailable for an extended period of time;
3.) Situations in which there is a danger of dismissing a criminal case due to calendar congestion or other workload issues;
4.) Extraordinary circumstances leading to unusually congested dockets or heavy workloads;
5.) Coverage for judges attending judicial education and training;
6.) Any circumstance satisfying the Chief Justice or Chief Senior Status Judge that the certifying court needs the assistance of a Special Judge.

H.) Every effort will be made to give a Senior Judge reasonable advance notice of assignments. However, on occasion, an emergency need (48 hours or less) may arise and necessitate an immediate assignment.

I.) When the Chief Justice or Chief Senior Status Judge assigns a Senior Judge to a court for a specific case, the assignment shall continue until conclusion of that case, including any post-judgment proceedings, unless and until the case is reassigned.

J.) When the Chief Justice or Chief Senior Status Judge assigns a Senior Judge to a court for a specific period, the assignment shall continue until the judge concludes any proceedings in progress at the end of that period but shall not continue for any other matters without further assignment.

K.) When a Senior Judge arrives at a court to carry out an assignment on a specific case, that judge may exercise other judicial duties for that court during the remainder of the day the assigned case concludes subject to any constitutional limitations.

L.) The certification of need with a Request for Assignment of a Special Judge at the appellate level shall be submitted to the SJP Administrator by the Chief Judge of the Court of Appeals.

M.) A Senior Judge may be assigned to any level of court where the judge served before retirement, or to any other court to which the judge could have been assigned while a sitting judge, and to any court provided by constitutional and statutory authority. Nothing in these Guidelines shall limit the authority of the Chief Justice under Section 110 of the Kentucky Constitution.

## VI. Conduct of Senior Judges Serving on Assignment

A.) On days of actual service as a Special Judge, a Senior Judge should devote himself or herself fully to that service and should not be involved in matters unrelated to the judicial assignment.

B.) A Senior Judge serving on assignment as a Special Judge should not use any public facility for purposes unrelated to the judicial assignment.

C.) A Senior Judge should adhere to SCR 4.300, the Code of Judicial Conduct, and shall be subject to the jurisdiction of the Judicial Conduct Commission.

D.) Limited resources are available to fund the Senior Status Program for Special Judges. Senior Judges serving as Special Judges are to share resources with the Sitting Judge certifying the need for a Special Judge. A Special Judge is expected to provide his/her own robe. A court requesting assignment of a judge shall provide sufficient physical facilities and support personnel to enable the Special Judge to execute assigned responsibilities properly and expeditiously. Support personnel shall include the services of a bailiff, bench clerk, court reporter, secretary, or law clerk, as may be necessary and appropriate. Except for extraordinary circumstances, Senior Judges shall not be furnished an office or clerical assistants.

E.) Upon assignment as a Special Judge by the Chief Justice or Chief Senior Status Judge, the Senior Judge shall contact the Circuit Court Clerk of the affected county(s) and the Sitting Judge, if available. Together, the Senior Judge, Circuit Clerk(s) and Sitting Judge (if available) should determine how counsel, or if unrepresented, how the parties, will be notified of the assignment of a Special Judge and how the case will proceed.

F.) By the 10th day of each month, Senior Judges shall submit to the SJP Administrator a completed form AOC SJ-10 (Reporting Form for Senior Judges) certifying the amount of time, if any, served as Special Judge

8

during the previous month. This information will be used to certify compliance with the one hundred twenty (120) work day commitment to the JRP.

G.) The Chief Justice, Chief Senior Status Judge, or SJP Administrator shall certify the number of work days served by each Senior Judge to the JRP every six (6) months. The Senior Judge shall receive a copy of the certification.

H.) If at any time the Senior Judge is not in compliance with these guidelines and/or any written agreement, the Chief Justice may direct the JRP in writing to discontinue the enhanced retirement benefit.

I.) Reimbursement of expenses for Senior Judges is governed by the travel regulations of the Court of Justice. The official duty station of a Senior Judge shall be his/her primary residence. Senior Judges shall submit a travel voucher, with supporting receipts, to the SJP Administrator by the 10th day of each month. Special Judges are responsible for making their own travel arrangements.

J.) A Senior Judge should maintain familiarity with current statutes, rules and case law. Senior Judges shall comply with the requirements of SCR 8.000 et seq. A Senior Judge shall attend an orientation session arranged by Education Services at AOC.

The foregoing shall constitute Guidelines for administering the **Senior Status Program for Special Judges** and shall remain in effect until further Order of the Court.

Entered this the 24th day of September 2004.

CHIEF JUSTICE