# AFFIDAVIT

Before me, the undersigned appeared Amy Mischler, who, being duly sworn under oath states as follows:

1: I filed motions in cases 02-D-00202-001, 02-D-00202-002, and 02-D-00202-003 in the Kentucky Pike County Circuit Court Clerks office on or about December 12, 2012.

2: I made phone calls to the Pike County Circuit Court Clerks office who gave contradicting statements that certain judges were assigned to no judges were assigned. I made phone to Mountain Chief Judge where Pike County is assigned by Supreme Court Order. I was told that Debby Reynolds was assigning a judge. I made numerous phone calls to Debby Reynolds leaving messages over a period of weeks. Reynolds never returned my phone calls. I called Debby Reynolds supervisor secretary who stated that Debby Reynolds would call me which Reynolds never did. This individual, Brenda Bingham told me to call the Kentucky Supreme Court.

3: Kathy Stevens, the administrative assistant to Chief Justice Minton of the Kentucky Supreme Court took over Debby Reynolds duties. On or about February 19, 2013 and on February 25, 2013, Ms. Stevens told me that no judge would be assigned to my cases because I filed a civil suit in federal court against judges that committed fraud.

4: I am being denied access to the state courts of Kentucky by the refusal of the Administrative Office of the Courts and the Kentucky Supreme Court refusing to assign judges to my state court cases. I am being retaliated in this denial to access to the Kentucky State Courts because I filed a 42 USC 1983 civil action against judges who committed fraud in my cases by issuing orders without jurisdiction and holding sham legal proceedings.

5: I am suffering irreparable harm to my Constitutional rights, my emotions, my finances, and my parental rights from this retaliation by the Kentucky State Courts in refusing to allow me to access to the state courts; retaliation because I filed civil suit exposing Kentucky judicial corruption.

FURTHER AFFIANT SAYETH NAUGHT.

_____ 2/26/13
Amy Mischler

Sworn and subscribed to before me this 26 day of February, 2013. Affiant is personally known to me or showed identification and did take an oath.

_____
Notary Public, State of Florida

My Commission Expires:

AMY DANIEL
Notary Public - State of Florida
My Comm. Expires Mar 23, 2014
Commission # DD 943462
Bonded Through National Notary Assn.

Pg 18 of 18