UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

| | |
|---|---|
| AMY JERRINE MISCHLER, <br><br> PLAINTIFF <br><br> V. <br><br> STEVENS, ET. AL., <br><br> DEFENDANTS. | CIVIL ACTION NO. 7:13-CV-8 |

MOTION FOR STAY BY CHIEF JUSTICE JOHN D. MINTON, JR.

On March 10, 2014, Amy Mischler filed three "show cause" motions against Chief Justice John D. Minton, Jr. (Doc. 111, 112, and 113.) Chief Justice Minton requests that this Court stay those motions and direct that he need not respond until this Court rules on his pending motion to dismiss.

Chief Justice Minton, along with the other defendants, previously requested a stay of further motion practice by Ms. Mischler pending ruling on the various defendants' motions to dismiss. (R. 46; R. 47; R. 48; R. 49.) If granted, Chief Justice Minton's motion to dismiss (R. 35) would extinguish Ms. Mischler's claims against Chief Justice Minton. On August 29, 2013, the Court ordered that, while "Mischler may continue to file any motions she considers necessary . . . the defendants need not respond to Mischler's motions until the Court has ruled on their respective motions to dismiss, R. 35; R. 37; R. 38; R. 40." (R. 52, Page ID# 2132.) The Court further ordered that, should it "rule in favor of Mischler on the defendants' motions to dismiss, R. 35; R. 37; R. 38; R. 40, the Court will set a new schedule for motion practice." (*Id.*)

On January 15, 2014, following a stay of the entire case, the lifting of that stay, and transfer of this case to Chief Judge Caldwell for reassignment, Chief Justice Minton (along with

1

former Chief Justice Lambert) filed a motion seeking clarification of the status of the August 29, 2013 order and requesting an order that the Chief Justice Defendants need not respond to any past or future motions by Ms. Mischler until the Court rules on their motion to dismiss. (Doc. 105.) That motion remains pending.

This case was reassigned to this Court on February 6, 2014. (Doc. 110.)

The reasons set forth in Chief Justice Minton's motion to stay (R. 47) still hold true. Requiring Chief Justice Minton to respond to motion practice by Ms. Mischler would impose upon Chief Justice Minton the very burdens of litigation against which his immunity is intended to protect. This is particularly true of the latest round of motions that would require this Court to enter an Order directing the Chief Justice of Kentucky to provide to this Court evidence of a factual statement in a Kentucky Supreme Court opinion or "produce in writing why the Kentucky Supreme falsified an opinion in 13-SC-30 . . . ." (Doc. 111-1, Page ID# 2788.) The August 29, 2013 order should remain in effect because no subsequent order has displaced it and because the reasons for its entry remain applicable. Nor is Ms. Mischler prejudiced by the requested relief. If the Court determines the claims against Chief Justice Minton should continue, the pending motions can still be briefed and resolved.

Accordingly, Chief Justice Minton requests that this Court enter an order directing that he need not respond to Ms. Mischler's three recent "show cause" motions (Doc. 111, 112, 113) or any future motions by Ms. Mischler until the Court rules on Chief Justice Minton's motion to dismiss. In the alternative, Chief Justice Minton requests that, in the event the Court concludes the Chief Justice should respond, that he be granted twenty days following the order so holding to file responses to Ms. Mischler's March 10, 2014 "show cause" motions and any future motions by Ms. Mischler.

*/s/ Bethany A. Breetz*
Mark R. Overstreet
STITES & HARBISON, PLLC
421 West Main Street
P.O. Box 634
Frankfort, KY 40602-0634
Telephone: (502) 223-3477

Bethany A. Breetz
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 587-3400
*Counsel for Defendants, John D. Minton, Jr. and Joseph E. Lambert*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed using the ECF System and sent via e-mail this 13th day of March, 2014 to Amy Mischler at ajmischler@yahoo.com.

/s/ Bethany A. Breetz

968656:1:LOUISVILLE

3