UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT PIKEVILLE

| | |
|---|---|
| AMY JERRINE MISCHLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 7:13-CV-8 |
| | ) |
| JONAH LEE STEVENS, et al., | ) |
| | ) |
| Defendants. | ) |

# **JUDGMENT**

In accordance with the Memorandum Opinion filed contemporaneously herewith, it is **ORDERED** that Defendants' motions to dismiss and/or for summary judgment are **GRANTED,** whereby the following defendants are **DISMISSED** from this action: Larry Thompson, Janie Wells, John David Preston, Anna Pinson, Claudia King, Jennifer Gillespie, Debbie Reynolds, Julie Paxton, David Deskins, John D. Minton, Joseph E. Lambert, and Stephen D. Wolnitzek.

Enter:

                                             s/ Thomas W. Phillips
                                             SENIOR UNITED STATES DISTRICT JUDGE