UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT PIKEVILLE

| | |
|---|---|
| AMY JERRINE MISCHLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 7:13-CV-8 |
| | ) |
| JONAH LEE STEVENS, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

For the reasons set forth in the accompanying memorandum opinion, defendant's motion for summary judgment [Doc. 186] is **GRANTED** and the claim against him is **DISMISSED**. The Clerk is **DIRECTED** to close this case.

IT IS SO ORDERED.

                            s/ Thomas W. Phillips
                            SENIOR UNITED STATES DISTRICT JUDGE